court is vested with discretion, and is called upon to determine in each particular case under this section whether sufficient reason for resubmission has been shown." It may fairly be assumed from the record and the argument that the county judge felt constrained by the decision in the La Fayette Case to hold that the failure to publish the notice vitiated the submission, and that he should order a resubmission upon that fact being shown. We cannot, therefore, assume that he has determined that any substantial injury was done to any one by a failure to publish the notice, and from the record we are satisfied that no substantial reason has been shown for a resubmission, and that it should be denied. The petitioner in this case, considering the conflict in the authorities, may have omitted to state material facts which he otherwise might have alleged, deeming it sufficient ground for a resubmission that the prior one was defective. The decision here should therefore be without prejudice to his making another motion upon other papers showing the reasons why a resubmission is necessary or proper. The order appealed from should be reversed, with $10 costs, and the motion for a resubmission denied, with $10 costs, with the privilege to the petitioner to renew his application upon other papers.

TOWN OF MONTGOMERY, Respondent, v. DIDSBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by the town of Montgomery against William H. Didsbury and others. No opinion. Order affirmed, with $10 costs and disbursements.

TOWNSEND et al., Appellants, v. PENDLETON, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907). Action by Emma A. Townsend, individually and as administratrix, etc., of Charles Wilmot Townsend, deceased, and others, against Jennie F. Pendleton, individually and as executrix, etc., of John M. Pendleton, deceased. No opinion. Judgment affirmed, with costs.

TOWNSEND, Appellant, v. UNITED GAS, ELECTRIC LIGHT & FUEL CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by George R. Townsend against the United Gas, Electric Light & Fuel Company. No opinion. Order affirmed, with costs.

TRAVELERS' INS. CO., Respondent, v. J. B. LYON CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by the Travelers' Insurance Company against the J. B. Lyon Company. No opinion. Motion denied.

TRAVIS, Appellant, v. MASCHERI, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Eugene M. Travis against Anthony Mascheri. G. Ryall, for appellant. C. R. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROTT, Respondent, v. SCHMITT, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Verene Trott, as executrix, etc., of William Trott, deceased, against Valentine Schmitt. No opinion. Motion to resettle order denied, with costs.

TRUESDELL et al., Respondents, v. NIVER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) Action by John W. Truesdell and another against William K. Niver, impleaded, etc. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., not sitting.

In re TURNEY'S ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of the estate of Andrew Turney, deceased. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. HOUGHTON, J., dissents.

TURO, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) Action by August Turo, as administrator, etc., against the Lackawanna Steel Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant, with costs.

UNION SURETY CO. v. GREATER NEW YORK AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by the Union Surety Company against the Greater New York Amusement Company. No opinion. Motion granted, with $10 costs, unless appellant have its appeal ready for October term. Order filed.

VAN DRUTEN, Respondent, v. ROFF, Appellant. (Supreme Court, Appellate Division, Third Department. Sept. 11, 1907.) Action by Cornelia Van Druten, an infant, etc., against Isaac Roff. No opinion. Judgment and order unanimously affirmed, with costs.

VAN NOSTRAND et al., Respondents, v. VAN NOSTRAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Gardiner Van Nostrand and others against Frances Stanton Van Nostrand and others. No opinion. Motion to dismiss appeal granted.

VEITCH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by James Veitch against the city of New York. No opinion. Motion to dismiss exceptions granted, with $10 costs, and stay of proceedings vacated. Order filed.

VILLAGE OF WELLSVILLE, Appellant, v. HENSON, Respondent. (Supreme Court,